1046

[Nos. 32618-7-III; 32660-8-III.   Division Three.   May 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS R. LEVITON, *Appellant*.

*In the Matter of Personal Restraint of* THOMAS R. LEVITON, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-03266-1, Linda G. Tompkins, J., entered June 20, 2014, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Pennell, JJ.

[No. 33198-9-III.   Division Three.   May 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS VALDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 14-1-00009-7, M. Scott Wolfram, J., entered February 9, 2015. *Affirmed in part* and *remanded* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Moreno, J. Pro Tem.

[No. 33209-8-III.   Division Three.   May 3, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. LONNIE DEAN GLEIM, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 14-1-00226-0, M. Scott Wolfram, J., entered March 13, 2015. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Pennell, J.